UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOBE JUSTICE MAYNARD, BH6589,<br><br>    Plaintiff,<br><br>    v.<br><br>A. CORTINA,<br><br>    Defendant(s). | Case No. 20-cv-05927-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On September 30, 2020, the court (Kim, M.J.) dismissed plaintiff's complaint with leave to amend to allege a viable claim of First Amendment retaliation against defendant, if possible, and made clear that failure to file a proper amended complaint within 28 days would result in the dismissal of this action.

More than 40 days have elapsed; however, plaintiff has not filed an amended complaint or sought an extension of time to do so. This action accordingly is DISMISSED.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: November 16, 2020

_____
CHARLES R. BREYER
United States District Judge